**Opinion issued December 2, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00732-CV

_____

**DWAYNE PIERSON, Appellant**

**V.**

**CAVALRY SPV I, LLC, ASSIGNEE OF SYNCHRONY BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1252276**

---

## MEMORANDUM OPINION

Appellant Dwayne Pierson and appellee Cavalry SPV I, LLC, Assignee of Synchrony Bank, have filed a joint motion to dismiss this appeal because the parties have reached a settlement of their differences. The parties ask that we dismiss the appeal with prejudice and assess costs against the party incurring same.

We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.